FILED

03/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0161



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0161

JENNIFER BRICK,

     Petitioner,

v.

THE HONORABLE JUDGE TIERNEY, Judge of
Bozeman
Municipal Court, Bozeman, MT,

     Respondent.

**GRANT OF MOTION TO
:   PROCEED WITHOUT
PAYMENT OF FILING FEE**

Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

DATED March 18, 2024.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court